## BLACK *against* POLLOCK.

A cause being ordered on for trial, in the Circuit Court, the plaintiff not being ready for trial took a non-suit; at the next court, he moved the court to take off the non-suit, which was refused; whereupon he appealed.   *Held*: That the appeal was too late.

APPEAL from the Circuit Court of *Northumberland* county.

This cause was on the list for trial at a Circuit Court held in April, 1830, when the plaintiff moved the court to continue the cause for reasons which were set out in an affidavit, but which the court decided were insufficient; whereupon the plaintiff took a non-suit. At a Circuit Court held in April, 1831, the plaintiff moved the court to take off the non-suit, and read additional affidavits in support of the motion. The court refused to take off the non-suit, and the plaintiff appealed.

*Packer* and *Lashells* for appellants.

*Greenough* and *S. Hepburn* for appellees.

PER CURIAM.—The appeal is to be made to the term succeeding the decision. But the case is said to be within the rule, because the motion, which was the subject of the decision, was not made until the last session of the Circuit Court. What is a postponement of the time for moving, but an evasion of the limitation which the law has affixed to the right of appeal? The successful party has no motion to make; and being without means to bring on a final determination, he is not to be exposed to the caprice of his antagonist, who, by withholding his motion, might otherwise procrastinate the event for an indefinite time. Whatever then might have been the appellant's merits originally, he could lay a foundation for a review in this court, only by a motion made at the time.

Appeal quashed.